**Fareed SEPEHRY-FARD, Plaintiff-Appellant,**

v.

**GREENPOINT MORTGAGE FUNDING, INC.; et al., Defendants-Appellees.**

**No. 14-16264**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 7, 2016

Fareed Sepehry-Fard, Pro Se

Elizabeth Holt Andrews, Esquire, Jan T. Chilton, Attorney, Severson & Werson APC, San Francisco, CA, for Defendants-Appellees Greenpoint Mortgage Funding, Inc., Recontrust Company, N.A., U.S.

*See* Fed. R. App. P. 34(a)(2).

Bank National Association, Marin Conveyancing Corp., Mortgage Electronic Registration Systems, Inc.

Cara Lynne Finan, Attorney, Keesal Young & Logan, San Francisco, CA, for Defendant-Appellee California Reconveyance Company

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Fareed Sepehry-Fard appeals pro se from the district court's judgment dismissing his quiet title action. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for lack of subject matter jurisdiction. *Crum v. Circus Circus Enters.*, 231 F.3d 1129, 1130 (9th Cir. 2000). We affirm.

The district court properly dismissed Sepehry-Fard's action for lack of subject matter jurisdiction because Sepehry-Fard failed to allege facts sufficient to show any violation of federal law or diversity of citizenship in his complaint. *See* 28 U.S.C. §§ 1331, 1332(a); *Yokeno v. Mafnas*, 973 F.2d 803, 807–08 (9th Cir. 1992) (analyzing whether plaintiff's complaint presented a "substantial federal question"); *Kuntz v. Lamar Corp.*, 385 F.3d 1177, 1181–83 (9th Cir. 2004) (addressing diversity of citizenship under § 1332).

We do not consider any claims that Sepehry-Fard did not properly raise before the district court. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Sepehry-Fard's contentions that the district court violated his right to due process are unpersuasive.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

In light of our disposition, we do not address the merits of Sepehry-Fard's claims.

Sepehry-Fard's pending motions are denied.

**AFFIRMED.**